FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 2 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01117-OES

ANGELO BENZOR,

      Applicant,

v.

MR. GOLDER, and
THE ATTORNEY GENERAL OF THE STATE OF [COLORADO],

      Respondents.

_____

## ORDER DISMISSING CASE

_____

This matter is before the Court on the response to the order to show cause and

the motion to dismiss the application for a writ of habeas corpus that Applicant Angelo

Benzor submitted *pro se* and the Court filed on October 26, 2005. In the documents,

which were submitted in response to the September 28, 2005, order to show cause, Mr.

Benzor informs the Court that he wants to dismiss voluntarily and without prejudice his

habeas corpus application in order to exhaust state remedies.

The Court will treat the October 26, 2005, response and motion to dismiss

together as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal

Rules of Civil Procedure. Rule 41(a)(1) provides that "an action may be dismissed by

the plaintiff without order of court (I) by filing a notice of dismissal at any time before

service by the adverse party of an answer or of a motion for summary judgment." No

response has been filed by Respondents in this action. A voluntary dismissal pursuant

to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal,

and no subsequent court order is necessary.  *See* J. Moore, Moore's Federal Practice ¶

41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th

Cir. 1968).  The notice closes the file.  *See Hyde Constr. Co.*, 388 F.2d at 507.

Accordingly, it is

ORDERED that the response to the order to show cause and the motion to

dismiss the application for a writ of habeas corpus that Applicant Angelo Benzor

submitted *pro se* and the Court filed on October 26, 2005, are treated as a notice of

voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1).  It is

FURTHER ORDERED that the voluntary dismissal is effective as of October 26,

2005, the date the notice of voluntary dismissal was filed in this action.  It is

FURTHER ORDERED that the habeas corpus application is denied and the

action is dismissed without prejudice.  It is

FURTHER ORDERED that the motions for extension of time and for trial

transcripts filed on October 26, 2005, are denied.  It is

FURTHER ORDERED that judgment is entered in favor of Respondents and

against Applicant.

DATED at Denver, Colorado, this __1__ day of _____Nov._____, 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 05-cv-01117-OES

Angelo Benzor
Prisoner No. 115458
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

     I hereby certify that I have mailed a copy of the **ORDER** the above-named individuals on __11/2/05__

GREGORY C. LANGHAM, CLERK

By:_____
          Deputy Clerk